IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CR. NO. 6:22-CR-0003-JDK |
| LAURA SPAIN HOWARD (6) § | Judge Kernodle |
| § | |

ORDER APPROVING TRAVEL WITHIN THE UNITED STATES

Before the court is Defendant's April 7, 2023 Unopposed Motion to Approve Travel Within the United States. The motion is GRANTED.

The defendant is allowed to travel to Scottsdale, Arizona on or about September 19, 2022 and return to Texas on or about June 8, 2023. She is permitted to be in Arizona for the reason stated in her motion. She is permitted to travel within Arizona. If Defendant's dates of travel change because of flight cancellations or delays, or because a change to the schedule for the purpose of her trip, she must notify the U.S. probation/pretrial officer supervising her of the changes, but she is still permitted to travel and is not required to again seek the Court's permission.

The defendant must provide details of her travel to her supervising U.S. probation/pretrial officer, including her itinerary, dates of travel, mode of travel, approximate route of travel, location where she will reside, who she will be with, and her contact information. She must contact the U.S. probation/pretrial officer when she arrives in Maryland and again when she arrives back in Texas.

So ordered.